## MISCELLANEOUS DISMISSALS

**2008–1093.  Williams v. Ohio Adult Parole Auth.**
Montgomery App. No. 22567. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. It appears from the records of this court that appellant has not filed a merit brief, due August 4, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1379.  Huston v. Vinton Cty. Emergency Med. Servs.**
In Mandamus.

**2008–1505.  State ex rel. Kappes v. Shoe Carnival, Inc.**
Franklin App. No. 07AP–812, 2008-Ohio-3295.

## CASE ANNOUNCEMENTS
*August 12, 2008*

[Cite as *08/12/2008 Case Announcements,* 2008-Ohio-4056.]

## MOTION AND PROCEDURAL RULINGS

**2007–2150.  Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. This cause is pending before the court as an appeal from the Court of Appeals for Vinton County. Upon consideration of appellees' motion for continuance of oral argument scheduled for October 1, 2008,
It is ordered by the court that the motion is granted and the oral argument has been rescheduled for Tuesday, November 18, 2008.

**2007–2302.  Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Vinton County. Upon consideration of appellees' motion for continuance of oral argument scheduled for October 1, 2008,
It is ordered by the court that the motion is granted and the oral argument has been rescheduled for Tuesday, November 18, 2008.

## MISCELLANEOUS DISMISSALS

**2008–0879.  State ex rel. Letcher v. Keco Industries, Inc.**
Franklin App. No. 07AP–151, 2008-Ohio-1907. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for